UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Bruce West, et al.

                              Plaintiff,

v.                                          Case No.: 2:14−cv−00081

                                             Judge Nelva Gonzales Ramos

Precision Directional Services, Inc., et al.

                              Defendant.

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 10/3/2014

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   June 18, 2014

                                                              David J. Bradley, Clerk