UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BRUCE M. WEST AND<br>CASEY L. BOOK, individually and on<br>behalf of all others similarly situated | § § § § | Docket No. 14-cv-0081 |
| Plaintiffs, | § § | JURY TRIAL DEMANDED |
| vs. | § § | COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b) |
| PRECISION DIRECTIONAL<br>SERVICES, INC. | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the Joint Motion for Approval of Confidential Settlement Agreement and Request for Entry of Conditional Order of Dismissal (the "Motion"). Having carefully reviewed and considered the Motion, the Court is of the opinion that it should be granted.

IT IS, THEREFORE, ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Joint Stipulation and Settlement Agreement (the "Agreement") attached as Exhibit A to the Motion is filed under seal.

IT IS FURTHER ORDERED that the Agreement is APPROVED. The Court will enter a conditional order of dismissal. No later than thirty days following the issuance of payments to the participating settlement class members, the parties shall jointly submit an Order dismissing all of Plaintiffs' claims in accordance with the terms of the Agreement and in their entirety with prejudice, with all costs taxed against the party incurring same and all attorney's fees borne by the party incurring same, except to the extent as otherwise provided in the Agreement.

ORDERED this ___ day of 1/28/15 , 2015.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE